# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to the Cases Identified on Exhibits A and B | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The Court has granted summary judgment to the BP Defendants in the Downs Law Group test cases. *See* ECF No. 591. All other BELO cases in which the Downs Law Group represented plaintiffs who were making claims for the same categories of injuries (ocular and sinus) were stayed by consent of the parties, and those parties also agreed to be bound by the Court's resolution of the general causation issue in these test cases. Thus, to the extent a Downs Law Group Plaintiff asserted only an ocular and/or sinus condition, the case will be dismissed, *see* Exhibit A. To the extent a Downs Law Group Plaintiff asserted an ocular and/or sinus condition among other conditions, the ocular and/or sinus condition claims will be dismissed, *see* Exhibit B.

Accordingly:

1. Based on the Court's Order finding no general causation, ECF No. 591 (Master Docket, Case No. 3:19cv963), all cases listed on **Exhibit A** are **DISMISSED**

**with prejudice**, and the Court reserves jurisdiction to reopen them in the event the general causation Order is overturned following an appeal of the test cases, if any. The Clerk is directed to file a copy of this Order in each individual case listed on Exhibit A, enter judgment in favor of the BP Defendants, tax costs against the Plaintiffs, and close the files.

2. All cases listed on **Exhibit B** are bound by the Court's general causation ruling ECF No. 591 (Master Docket, Case No. 3:19cv963) and the appeal of that ruling, if any, and the claims asserting an ocular and/or sinus condition are therefore **DISMISSED with prejudice**, subject to reinstatement in the event the general causation ruling is overturned on appeal. No judgment will be entered at this time as other conditions remain to be litigated in these cases.

**DONE AND ORDERED** this 20th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**